891 A.2d 727

**George JONES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 22, 2006.

### ORDER

PER CURIAM:

AND NOW, this 22nd day of February, 2006, the order of the Commonwealth Court is AFFIRMED. Appellant's request for extraordinary relief is DENIED.

Justice BALDWIN did not participate in the consideration or decision of this case.